WELTMAN# 041785598

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

In Re:
Charles L Hill
Diane L Tuzzolino-Hill

          Debtors,

Case No. 23-14572
Chapter 13
Judge Timothy A. Barnes

_____/

### NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES Creditor, Consumers Credit Union, by and through counsel, Scott D. Fink, and withdraws the Motion for Relief from the Automatic Stay and Co-Debtor Stay (Docket No. 61) that was filed on May 7, 2025.

      Respectfully submitted,

      **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: May 8, 2025      By: /s/ Scott Fink_____
      Scott Fink
      5990 West Creek Road, Suite 200
      Independence, OH 44131
      216-739-5644
      sfink@weltman.com
      Attorney for Creditor,
      Consumers Credit Union

## **CERTIFICATE OF SERVICE**

Creditor, Consumers Credit Union, filed a Notice of Withdrawal of Motion for Relief from the Automatic Stay. All parties were served a copy of the withdrawal of motion on May 8, 2025. The notice was served upon Debtor(s) by depositing the same in the U.S. Mail at 5990 West Creek Road, Suite 200, Independence, Ohio postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

David H Cutler, Attorney for Debtor at cutlerfilings@gmail.com

W. Alexander Wilson, Attorney for Debtor at ndil@geracilaw.com

Thomas H. Hooper, Chapter 13 Trustee at thomas.h.hooper@chicagoch13.com

U.S. TRUSTEE at USTPRegion11.ES.ECF@usdoj.gov

and on the following by **ordinary U.S. Mail** addressed to:

Charles L Hill and Diane L Tuzzolino-Hill
1221 Plum Tree Ct. #B1
Schaumburg, IL 60193

Kara Tuzzolino Zacarias
1509 Dove Avenue
Melrose Park, IL 60160

                        Respectfully submitted,

                        **WELTMAN, WEINBERG & REIS CO., LPA**

Date: May 8, 2025                By:  /s/ Janelle Woodards_____
                                         Janelle Woodards, Legal Assistant