WELTMAN# 041785598

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS (EASTERN DIVISION)

In Re:
Charles L Hill
Diane L Tuzzolino-Hill

                Debtors,

Case No. 23-14572
Chapter 13
Judge Timothy A. Barnes

_____/

## NOTICE OF WITHDRAWAL OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND CO-DEBTOR STAY

NOW COMES Creditor, Consumers Credit Union, by and through counsel, Scott D. Fink, and withdraws the Motion for Relief from the Automatic Stay and Co-Debtor Stay (Docket No. 72) that was filed on July 22, 2025.

                Respectfully submitted,

                **WELTMAN, WEINBERG & REIS CO., L.P.A.**

Date: July 29, 2025            By:  /s/ Scott Fink
                                                Scott Fink
                                                5990 West Creek Road, Suite 200
                                                Independence, OH 44131
                                                216-739-5644
                                                sfink@weltman.com
                                                Attorney for Creditor,
                                                Consumers Credit Union

## CERTIFICATE OF SERVICE

   Creditor, Consumers Credit Union, filed a Notice of Withdrawal of Motion for Relief from the Automatic Stay. All parties were served a copy of the withdrawal of motion on <u>July 29, 2025</u>. The notice was served upon Debtor(s) by depositing the same in the U.S. Mail at 5990 West Creek Road, Suite 200, Independence, Ohio postage prepaid addressed below. The remaining parties were served by the Court's CM/ECF electronic noticing.

David H Cutler, Attorney for Debtors' at cutlerfilings@gmail.com

Thomas H. Hooper, Chapter 13 Trustee at thomas.h.hooper@chicagoch13.com

U.S. TRUSTEE at USTPRegion11.ES.ECF@usdoj.gov

and on the following by **ordinary U.S. Mail** addressed to:

Charles L Hill and Diane L Tuzzolino-Hill
1221 Plum Tree Ct. #B1
Schaumburg, IL 60193

Kara Tuzzolino Zacarias
1509 Dove Avenue
Melrose Park, IL 60160

                                                              Respectfully submitted,

                                                              **WELTMAN, WEINBERG & REIS CO., LPA**

Date: July 29, 2025                              By:  <u>/s/ Janelle Woodards</u>
                                                              Janelle Woodards, Legal Assistant