UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   23-14572 |
| Charles L Hill | ) | |
| Diane L Tuzzolino-Hill | ) | Chapter: 13 |
| | ) | Honorable Timothy Barnes |
| | ) | |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**ORDER MODIFYING DEBTORS' PLAN**

This matter coming before the Court for a hearing on Debtors' motion to modify the plan, IT IS ORDERED that the Motion to Modify is granted as follows:

IT IS HEREBY ORDERED:

1. The default, accruing to and including July 2025 is deferred. The remaining payments under the plan will be $1,012, beginning August 2025.

2. Debtors' Chapter 13 Trustee Plan payments are increased to $1,012 per month for the remainder of the plan.

3. The Plan base shall remain the same.

4. The Trustee is not required to collect money already paid to creditors under the plan.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated:  July 31, 2025

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600